No. 16,934.

LEGER ET AL. *v.* VAN SICKLE ET AL.
(248 P. [2d] 1077)

Decided September 29, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ERNEST G. HARTWELL, for plaintiffs in error.

Mr. H. W. SEAMAN, Mr. CONRAD L. BALL, for defendants in error.